

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Tommy Anthony Veal<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR09-802 SVW-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant's Counsel, Errol Stambler_, IT IS ORDERED that a detention hearing is set for _Tuesday October 27_, _2009_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Ralph Zaretsky_, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/22/09_

_____
U.S. District Judge/Magistrate Judge